**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHNATHAN DUARTE | No. 3:20-cr-154 (MPS) |

**ORDER ACCEPTING THE MAGISTRATE JUDGE'S FINDINGS**

    Having reviewed the transcript of the change of plea proceeding held on March 23, 2021, I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made and is supported by an adequate factual basis. The recommendation that the defendant's plea of guilty be accepted is hereby adopted. Accordingly, a finding of guilty will enter forthwith. The parties and the United States Probation Office shall follow the schedule already set and amended by the Court. ECF Nos. 209, 241.

    It is so ordered.

    ENTERED at Hartford, Connecticut, this 28th day of May, 2021.

                                                 /s/
                                        Michael P. Shea
                                        United States District Judge